UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILBER GLENN HOLLAND,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br><br>        Defendant. | Case No.  2:12-cv-01058-LDG-GWF<br><br>**ORDER** |

This matter comes before the Court on Defendant's Motion to Strike Plaintiff's Expert Witness (#20), filed on March 28, 2013.  Plaintiff filed a Response (#22) and Counter-motion for Leave to Designate Expert Witness (#23) on April 14, 2013.  Defendant filed a Reply (#25) on April 24, 2013.  Defendant filed an Opposition (#26) to Plaintiff's Counter-motion (#23) on April 30, 2013.  The Court conducted a hearing on the Motion (#20) and the Counter-motion (#23) on May 2, 2013.  *See Minutes of Proceedings, Doc. #27*.

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike Plaintiff's Expert is **denied** for the reasons stated on the record at the May 2, 2013 hearing.

**IT IS FURTHER ORDERED** that Defendant is awarded its reasonable attorneys' fees and costs for bringing its Motion (#20) as follows:

    (1) Defendant shall, no later than **May 16, 2013**, serve and file a memorandum, supported by the affidavit of counsel, establishing the amount of attorney's fees and costs incurred in preparing its Motion (#20).  The memorandum shall provide a reasonable itemization and description of the work performed, identify the attorney(s) or other staff member(s) performing the work, the customary fee of the

attorney(s) or staff member(s) for such work, and the experience, reputation and ability of the attorney performing the work. The attorney's affidavit shall authenticate the information contained in the memorandum, provide a statement that the bill has been reviewed and edited, and a statement that the fees and costs charged are reasonable.

(2) Plaintiff shall have until **May 23, 2013** to file a responsive memorandum addressing the reasonableness of the costs and fees sought, and any equitable considerations deemed appropriate for the court to consider in determining the amount of costs and fees which should be awarded.

(3) Defendant shall have 7 days from service of the responsive memorandum in which to file a reply.

**IT IS FURTHER ORDERED** that Plaintiff's Counter-motion (#23) for Leave to Designate Expert Witness is **granted** for the reasons stated on the record at the May 2, 2013 hearing.

**IT IS FURTHER ORDERED** that Defendant shall have until **June 17, 2013** to disclose a rebuttal expert in accordance with Rule 26(a).

**IT IS FURTHER ORDERED** that the Parties shall file a proposed stipulation to extend the discovery in this matter no later than 7 days after the date of this Order.

DATED this 7th day of May, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge