**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILBER GLENN HOLLAND,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:12-cv-01058-LDG-GWF |

Given the Rule 56(d) issue raised by plaintiff and the fact that the discovery deadline extends into August 2013, with the potential of further extensions,

THE COURT HEREBY ORDERS that defendant State Farm Automobile Insurance Company's Motion for Summary Judgment (#12) is denied without prejudice to its reinstatement upon defendant's filed notice after the close of all discovery.

THE COURT FURTHER ORDERS that following a notice of reinstatement of the Motion for Summary Judgment, the parties shall have 30 days' leave in which to file supplemental authorities.

DATED this 2 day of July, 2013.

_____
Lloyd D. George
United States District Judge