# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WILBER GLENN HOLLAND,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

Case No. 2:12-cv-01058-LDG-GWF

After the court's Rule 56(d) ruling dated July 2, 2013 (#45), defendant renewed its motion for summary judgment, with certain alterations (#46).  Plaintiff has filed his motion to strike the renewed motion or deem the renewed motion as a reinstatement of its motion for summary judgment and the supplemental briefing schedule in effect according to the July 2, 2013, order.

THE COURT HEREBY ORDERS that defendant's renewed motion for summary judgment (#46) shall be deemed the reinstatement of its motion for summary judgment, shall be docketed as of the date of its filing, and shall not be subject to the responsive motion briefing under the rules.

THE COURT FURTHER ORDERS that the parties shall have thirty (30) days from the date of this order in which to file supplemental briefs, if any, regarding the renewed motion for summary judgment.

DATED this ___ day of September, 2013.

_____
Lloyd D. George
United States District Judge