UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILBER GLENN HOLLAND,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:12-cv-01058-LDG-GWF<br><br><br><br>JUDGMENT |

Defendant State Farm Mutual Automobile Insurance Company's motion having come before the court and the court having considered the issues therein and rendered its decision,

THE COURT HEREBY ORDERS that judgment is ENTERED in favor of defendant and against plaintiff.

DATED this __1__ day of April, 2014.

_____
Lloyd D. George
United States District Judge